**People of the State of Illinois, Plaintiff-Appellee, v. John Gonzales, Defendant-Appellant.**

**Gen. No. 66–15. (Abstract of Decision.)**

Second District.

November 22, 1966.

John Gonzales, pro se, of Joliet, appellant; James E. Boyle, State's Attorney, of Sycamore, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.